UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENISE WATKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-2874** |
| **MICHAEL TREGRE** | **SECTION: T** |

## JUDGMENT

On this date, the Court issued an order granting a motion for summary judgment filed by defendant Michael Tregre and dismissing the claims of Denise Watkins.

Accordingly,

**IT IS ORDERED, ADJUDICATED, AND DECREED** that judgment shall be entered in favor of Michael Tregre and against Denise Watkins and all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE.**

**New Orleans, Louisiana**, on this 26th day of February, 2020.

*[signature]*
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**