UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENISE WATKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-2874** |
| **MICHAEL TREGRE** | **SECTION: T(5)** |

## ORDER

The Court having been advised by Magistrate Judge North (R. Doc. 84) that the parties stipulate to the voluntary dismissal without prejudice of all claims asserted by Plaintiff in the above captioned lawsuit, Civil Action No. 18-2874;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this __2nd__ day of February, 2022.

Hon. Greg Gerard Guidry
United States District Judge